# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:

**JEFFERY KENT TACKETT**
**DEBRA JEAN TACKETT**

DEBTOR(S)    CASE NO. **14-70623**

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

    1.   The plan is not feasible.  Secured claims plus administrative expenses will not be paid in full within 60 months.  The plan must be amended as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action.

    2.   There is a pending objection to confirmation of the plan filed by Community Trust Bank, regarding the secured value of the 1998 Ford Diesel; the 1993 Ford E 350; all equipment; a 2000 Freightliner FL70 and 1992 International 490.  Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

    3.   Community Trust Bank has filed a claim [claim 5-1] asserting a security interest in certain trucks and equipment.  Said loan was made to D & J Sanitation, Inc. dba South Central Sanitation, LLC and guaranteed by Mr. Tackett.  Therefore, although this claim is filed as secured, it may very well be a fully unsecured claim in the context of this bankruptcy proceeding.

    4.   The Trustee requests the following additional documents or information:

      a) Proof of income or a current pay advice for Debtor Jeffery Tackett, with year-to-date totals;

      b) A PVA statement for the hillside lot and residence at 122 Left Fork, Clevinger Branch, Pikeville, KY.

Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

By:  */s/Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID:  82898
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on all parties requesting electronic service on March 3, 2015.

Beverly M. Burden, Chapter 13 Trustee

By:  */s/Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee

NOAH R. FRIEND